UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:18-cv-14126-RLR

SILVER STREAK TRAILER COMPANY,
LLC, a Florida limited liability company,

        Plaintiff/Counter-Defendant,

v.

THOR INDUSTRIES, INC., a Delaware
corporation and THOR TECH, INC., a Nevada
corporation,

        Defendants/Counter-Claimants,

v.

PHILLIP DILLON, an individual, and ELINA
DILLON, an individual,

        Third Party Defendants.
_____/

## JOINT MOTION FOR ENTRY OF ORDER OF DISMISSAL

Plaintiff/Counter-Defendant Silver Streak Trailer Company, LLC and Third-Party Defendants Philip Dillon and Elina Dillon (collectively, the "Silver Streak Parties"), and Defendants/Counter-Claimants Thor Industries, Inc. and Thor Tech, Inc. (collectively, the "Thor Parties"), in accordance with the Parties' Confidential Settlement Agreement, stipulate and agree that:

1. In accordance with *American Disabilities Ass'n, Inc. v. Chmielarz,* 289 F.3d 1315 (11th Cir. 2002), the Parties respectfully request that the Court retain jurisdiction to enforce their Confidential Settlement Agreement, which is a condition of settlement and this request for dismissal.

1

2. Thor Tech, Inc. is the exclusive owner of U.S. Trademark Registration No. 3,534,143 dated November 18, 2008 for trade dress associated with Airstream® travel trailers (collectively with Thor's common law trade dress, the "Trade Dress").

3. The Trade Dress, including the '143 registration, is valid and enforceable.

4. The Silver Streak Parties will never challenge or seek to invalidate the Trade Dress.

5. All Parties shall bear their own attorneys' fees and costs.

6. Having so stipulated, the Parties jointly and respectfully move the Court to enter an Order of Dismissal of this case with prejudice and approving this Joint Stipulation.

WHEREFORE, the Parties respectfully request that the Court enter an Order of Dismissal with Prejudice, approving this Joint Stipulation, and reserving jurisdiction to enforce the Parties' Confidential Settlement Agreement.

| BERGER SINGERMAN LLP<br>*Counsel for Defendants/Counterclaimants*<br>*Thor Industries, Inc. and Thor Tech Inc.*<br>350 East Las Olas Boulevard, Suite 1000<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 525-9900<br><br>By: /s/ Matthew S. Nelles<br>Matthew S. Nelles<br>Florida Bar No. 009245<br>mnelles@bergersingerman.com<br>E. Adriana Kostencki<br>Florida Bar No. 84507<br>akostencki@bergersingerman.com<br><br>Dated: November 27, 2018 | ALLEN, DYER, DOPPELT + GILCHRIST, P.A.<br>*Counsel for Plaintiff/Counter-Defendants*<br>1221 Brickell Ave., Suite 2400<br>Miami, Florida 33131<br>Telephone: (305) 374-8303<br><br>By: /s/ Robert H. Thornburg<br>Robert H. Thornburg<br>Florida Bar No. 630829<br>rthornburg@allendyer.com<br>Joshua B. Spector<br>jspector@allendyer.com<br>Cameron C. Murphy<br>cmurphy@allendyer.com<br><br>Dated: November 27, 2018 |
|---|---|